**Brice R. SENSENICH, by Next Friend Rodney KRAWL, Respondent,**

v.

**Stacy G. SENSENICH, by Next Friend Sherry SENSENICH, Appellant.**

**No. WD 50956.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1996.

George W. Richardson, Kansas City, for Appellant.

Terry Tschannen, Brookfield, for Respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SMITH, JJ.

PER CURIAM:

### ORDER

Appeal from judgment awarding custody of minor child to respondent.

Judgment affirmed. Rule 84.16(b).